United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

ENRIQUE DIAZ,

Case No.  13-cv-00621-EJD   (NJV)

            Plaintiff,

8

9

      v.

**REPORT OF PRO SE PRISONER
EARLY SETTLEMENT PROCEEDING**

10

M. PEREZ,

            Defendant.

11

12

13       A settlement conference was held on November 4, 2016, and the results of that proceeding

14   are indicated below:

15       (1)  The following individuals, parties, and/or representatives participated in the

16          proceeding, and each possessed the requisite settlement authority:

17          ( X )  Plaintiff, Enrique Diaz

18          (  )  Warden or warden's representative

19          ( X )  Office of the California Attorney General, Kyle Lewis

20          (  )  Other:

21       (2) The following individuals, parties, and/or representatives did not appear:

22       _____

23       (3)  The outcome of the proceeding was:

24          ( X )  The case has been completely settled.

25          (  )  The case has been partially resolved and counsel for defendants shall file a joint

26   stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

27   attached remain for this Court to resolve.

28          (  )  The parties are unable to reach an agreement at this time.

United States District Court
Northern District of California

1    **IT IS SO ORDERED.**

2    Dated: 11/4/2016

3    _____

4    NANDOR J. VADAS
     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE DIAZ,

               Plaintiff,

      v.

M. PEREZ,

               Defendant.

Case No.  13-cv-00621-EJD   (NJV)

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

      That on November 4, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Enrique  Diaz ID: K-70268
Mule Creek State Prison (MCSP)
P.O. Box 409099
Ione, CA 95640

Dated: November 4, 2016

Susan Y. Soong
Clerk, United States District Court

By:

Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3